IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARTINO M. ALMOGELA and <br> MARIA E. ALMOGELA <br> 6084 Forest Villa Circle <br> Fort Myers, FLA 33908 <br><br> **Plaintiffs,** <br><br> vs. <br><br> **BAYER CORPORATION** <br> c/o Gary McConnell, Senior Counsel <br> 100 Bayer Road - Omega Bldg. <br> Pittsburgh, PA 15205-2000; <br><br> **BAYER, AG** <br> Rechtsabteilung/Legal Department <br> Geb. Q26 <br> D-15368 Leverkusen <br> Germany; <br><br> **SMITHKLINE BEECHAM** <br> **CORPORATION d/b/a** <br> **GLAXOSMITHKLINE** <br> c/o Jean Sherwood <br> GlaxoSmithKline <br> One Franklin Plaza <br> Philadelphia, PA 19101; <br><br> **GLAXO-SMITHKLINE, PLC formerly** <br> **SMITHKLINE BEECHAM** <br> **PHARMACEUTICALS CO. and/or** <br> **GLAXO WELLCOME INC.** <br> GlaxoWellcome House <br> Berkeley Avenue <br> Greenford, Middlesex UB6 ONN <br> UNITED KINGDOM <br><br> **Defendants** | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | **Civil Action No.: JFM 03-514** |

## PLAINTIFFS' DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all claims so triable.

_____
Patricia J. Kasputys (Fed I.D. #03775)
Mary V. McNamara-Koch (Fed I.D. # 26591)
Attorneys for Plaintiff
**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: (410) 649-2000
Facsimile: (410) 649-2101