IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARTINO M. ALMOGELA and<br>MARIA E. ALMOGELA<br>6084 Forest Villa Circle<br>Fort Myers, FLA 33908<br><br>**Plaintiffs**<br><br>vs.<br><br>**BAYER CORPORATION**<br>c/o Gary McConnell, Senior Counsel<br>100 Bayer Road - Omega Bldg.<br>Pittsburgh, PA 15205-2000;<br><br>**BAYER, AG**<br>Rechtsabteilung/Legal Department<br>Geb. Q26<br>D-15368 Leverkusen<br>Germany;<br><br>**SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE**<br>c/o Jean Sherwood<br>GlaxoSmithKline<br>One Franklin Plaza<br>Philadelphia, PA 19101;<br><br>**GLAXO-SMITHKLINE, PLC formerly<br>SMITHKLINE BEECHAM<br>PHARMACEUTICALS CO. and/or<br>GLAXO WELLCOME INC.**<br>GlaxoWellcome House<br>Berkeley Avenue<br>Greenford, Middlesex UB6 ONN<br>UNITED KINGDOM<br><br>**Defendants** | * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | **Civil Action No.: JFM 03-514** |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2003, pursuant to MDL 1431 (In re: Baycol Products Litigation) Pretrial Order No. 4 and 23, a copy of the Plaintiffs' Demand for Jury Trial was served by first class mail to the following:

>Daniel Orie
>Eckert Seamens Cherin & Mellott, LLC
>USX Tower
>600 Grant Street, 44th Floor
>Pittsburgh, PA 15219

>Gary McConnell
>Senior Counsel
>Bayer Corporation
>100 Bayer Road - Omega Building
>Pittsburgh, PA 15205-2000

>Jean Sherwood
>GlaxoSmithKline
>One Franklin Plaza
>Philadelphia, PA 19101

Further, I hereby certify that on August 4, 2003 pursuant to MDL 1431 (In re: Baycol Products Litigation) Pretrial Order No. 23, a copy of the Plaintiffs' Demand for Jury Trial was served by International Registered Mail, Return Receipt Requested to:

>Lydia Schulze Althoff
>Bayer AG
>Rechtsabteilung/Legal Department
>Geb. Q26
>D-51368 Leverkusen
>Germany

Finally, I hereby certify that on August 4, 2003, pursuant to MDL 1431 (In re: Baycol Products Litigation) Pretrial Order No. 4, a copy of the Plaintiffs' Demand for Jury Trial was served on the following counsel designated on the Baycol mailing list by first class mail:

Tracy Van Steenburgh
Halleland, Lewis Nilan, Sipkins & Johnson
220 South Sixth Street, Suite 600
Minneapolis, MN 55402

Adam Hoeflich
Bartlit Beck Herman Palenchar & Scott
54 West Hubbard
Suite 300
Chicago, IL 60610

Susan A. Weber
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Gene C. Schaerr
Sidley Austin Brown & Wood
1501 K Street N.W.
Washington, DC 20005

Richard K. Dandrea
Eckert Seamans Cherin & Mellott, LLC
USX Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219

Fred T. Magaziner
Dechert
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Peter W. Sipkins
Dorsey & Whitney, LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402

_____
Patricia J. Kasputys (Fed I.D. #03775)
Mary V. McNamara-Koch (Fed I.D. # 26591)
Attorneys for Plaintiff
**LAW OFFICES OF PETER G. ANGELOS, P.C.**
100 North Charles Street, 20th Floor
Baltimore, Maryland 21201
Telephone: (410) 649-2000
Facsimile: (410) 649-2101