A CERTIFIED TRUE COPY

AUG 18 2003

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

SEP -2 2003
AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 31 2003

FILED
CLERK'S OFFICE

DOCKET NO. 1431

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-27)

On December 18, 2001, the Panel transferred 33 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,841 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Michael J. Davis.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Davis.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 18, 2001, 180 F.Supp.2d 1378 (J.P.M.L. 2001), and, with the consent of that court, assigned to the Honorable Michael J. Davis.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 18 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true copy of the record in my custody, she
CERTIFIED, 8/26/2003
Richard D. Sletten, Clerk
BY: [signature] Deputy Clerk

FILED  AUG 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED_____
DEPUTY CLERK'S INITIALS_____

## UNITED STATES DISTRICT COURT
### District of Minnesota



Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

August 26, 2003

SEP -2 2003
AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

M. Felicia C. Cannon, Clerk
Edward A. Garmatz Federal Bldg.
& U. S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

In re:  MDL-1431 -- In re Baycol Products Liability Litigation
        YOUR CASE NUMBER: 1:03-514
        DISTRICT OF MINNESOTA CASE NUMBER: 03-5091

Dear Ms. Cannon

An order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on December 19, 2001. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court in all correspondence or communications.

Pursuant to Judge Michael J. Davis' Pretrial Order No. 93 you should forward only **a certified copy of the docket sheet and complaint, together with any amendments** to our court. These should be sent to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Your court will retain the original file. Communications regarding these actions should be directed to Ms. Rena Lexvold or Ms. Allison Berg at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Allison Berg, Deputy Clerk

cc: Judge Michael J. Davis, Michael J. Beck, Clerk of the Judicial Panel on Multidistrict Litigation

N:\wp\(wp).bkl

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SEP - 2 2003
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY

In re: Baycol Products Litigation                                 MDL No. 1431

This Document Relates to All Actions                              Pretrial Order No. 93

---

For purposes of MDL No. 1431, this order changes the duties of a transferor court under Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court only a certified copy of both the docket sheet and the complaints, together with amendments, if any. The clerk of the transferor court shall mark the case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding any civil action covered by that transfer order, and any motions filed in the transferor court that remain pending at the time of transfer, are to be filed in the transferee court.

Date: August 20, 2003

Michael J. Davis
United States District Court

AUG 2 0 2003
FILED_____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____

# SCHEDULE CTO-27 - TAG ALONG CASES
# DOCKET NO. 1431
# IN RE BAYCOL PRODUCTS LIABILITY LITIGATION

**DISTRICT DIV. CIVIL ACTION#**

**ALABAMA MIDDLE**
| | | | |
|---|---|---|---|
| ALM | 1 | 03-499 | Arthur Williams, etc. v. Bayer AG, et al |

**ALABAMA NORTHERN**
| | | | |
|---|---|---|---|
| ALN | 2 | 03-1144 | Dorothy Harris, et al. v. Bayer Corp., et al. |
| ALN | 2 | 03-1145 | Kathleen Ann Boyd v. Bayer Corp., et al. |
| ALN | 2 | 03-1146 | Martha Jones, et al. v. Bayer Corp., et al. |
| ALN | 2 | 03-1147 | Joy Shandley, et al. v. Bayer Corp., et al. |
| ALN | 2 | 03-1148 | Ollie McClain v. Bayer Corp., et al. |
| ALN | 2 | 03-1149 | Lisa Ann Renfroe v. Bayer Corp., et al. |
| ALN | 2 | 03-1150 | Henry J. Jones, et al. v. Bayer Corp., et al. |
| ALN | 2 | 03-1151 | Agnes Pinkney v. Bayer Corp., et al. |
| ALN | 2 | 03-1152 | Mary Sprouse, et al., v. Bayer Corp., et al. |
| ALN | 2 | 03-1153 | Lura Hornback v. Bayer Corp., et al. |
| ALN | 2 | 03-1154 | Sherri Simmons, et al. v. Bayer Corp., et al. |
| ALN | 2 | 03-1155 | Anthony Beam, et al. v. Bayer Corp., et al. |
| ALN | 2 | 03-1241 | Addie Bellamy, etc. v. Bayer Corp., et al. |

**ARIZONA**
| | | | |
|---|---|---|---|
| ~~AZ~~ | ~~2~~ | ~~03-240~~ | ~~Eric E. Yaeger, etc. v. Bayer AG, et al.~~ Vacated 8/7/03 |

**CONNECTICUT**
| | | | |
|---|---|---|---|
| CT | 3 | 03-646 | Dorthea J. Thompson v. Bayer Corp. |

**GEORGIA SOUTHERN**
| | | | |
|---|---|---|---|
| GAS | 4 | 03-45 | Bonnie Lynch v. Bayer Corp., et al |

**ILLINOIS NORTHERN**
| | | | |
|---|---|---|---|
| ILN | 1 | 03-1373 | Cynthia Gliva, et al. v. Bayer AG, et al |
| ILN | 1 | 03-2383 | Dorothea Custer v. Bayer AG, et al. |

**KANSAS**
| | | | |
|---|---|---|---|
| KS | 6 | 03-1116 | Sylvia Parker v. Bayer AG, et al. |
| KS | 6 | 03-1151 | Arlington Martin, Jr. v. Bayer AG, et al |

**LOUISIANA WESTERN**
| | | | |
|---|---|---|---|
| LAW | 3 | 02-1679 | Dennis W. Hicks v. Bayer Corp., et al. |
| LAW | 5 | 02-1682 | Antonio Cooksey v. Bayer Corp., et al. |
| LAW | 5 | 03-781 | Betty Jane Seegers v. Bayer AG, et al. |
| LAW | 6 | 03-20 | Eddie Boutin v. GlaxoSmithKline, PLC, et al. |
| LAW | 6 | 03-582 | Patsy M. Galloway, et al. v. Bayer Corp., et al. |

**MARYLAND**
| | | | |
|---|---|---|---|
| MD | 1 | 03-514 | Martino M. Almogela, et al. v. Bayer Corp., et al |

**MISSISSIPPI NORTHERN**
| | | | |
|---|---|---|---|
| ~~MSN~~ | ~~1~~ | ~~03-92~~ | ~~Kenneth Michael, et al. v. Bayer Corp., et al.~~ Opposed 8/15/03 |
| MSN | 2 | 02-313 | Ruth Hodge v. Bayer Corp., et al. |
| MSN | 4 | 02-324 | Betty Forrest v. Bayer Corp., et al. |

MISSISSIPPI SOUTHERN
~~MSS  1  03-286~~        ~~Gerald Hovatter v. Bayer AG, et al.~~ Opposed 8/15/03
~~MSS  1  03-530~~        ~~Helene Cuevas v. Bayer Corp., et al.~~ Opposed 8/15/03
MSS  2  02-920        Glen Boyd v. Bayer Corp., et al.
~~MSS  3  03-422~~        ~~Russell Wooten v. Bayer Corp., et al.~~ Opposed 8/15/03
~~MSS  3  03-423~~        ~~Ivy L. Watson, et al. v. Bayer AG, et al.~~ Opposed 8/15/03
MSS  3  03-484        Gracie Thomas, et al. v. Bayer Corp., et al.
~~MSS  3  03-563~~        ~~Sadie Lee Williams, et al. v. Bayer AG, et al.~~ Opposed 8/14/03
~~MSS  3  03-598~~        ~~Gladys Daniel Blakeney, et al. v. Bayer AG, et al.~~ Opposed 8/8/03
~~MSS  3  03-599~~        ~~Aundrea Barnes, et al. v. Bayer AG, et al.~~ Opposed 8/8/03
~~MSS  3  03-600~~        ~~Frances Nell Amason, et al. v. Bayer AG, et al.~~ Opposed 8/8/03
MSS  3  03-628        Shirley Bonds, et al. v. Max Moczyemba, M.D., et al.
~~MSS  4  03-137~~        ~~Janet Clark, et al. v. Susan S. Gunn, et al.~~ Opposed 8/13/03

MONTANA
MT     02-185        Steven Fraser, etc. v. Bayer AG, et al.

NORTH CAROLINA MIDDLE
NCM  1  03-313        Munawar Mustafa, etc. v. Bayer Corp., et al.

NEW JERSEY
NJ   2  03-579        Karl Z. Sosland v. Bayer Pharmaceutical Division, et al
NJ   2  03-830        Gladys Lopez, et al. v. Baycol, et al.
NJ   2  03-1586       Janet Levine, et al. v. Bayer AG, et al.

NEW MEXICO
NM   6  02-1490       Jo Anne Allen, etc. v. Bayer Corp., et al.

NEW YORK NORTHERN
NYN  3  03-445        Terry Lee Kildare v. Bayer AG, et al

NEW YORK SOUTHERN
NYS  1  03-2303       Lawrence Miller v. Bayer Corp., et al.

OKLAHOMA WESTERN
OKW  5  03-502        Michael R. Bowen v. Bayer Corp., et al

TEXAS EASTERN
TXE  1  03-182        Leon Jenkins, et al. v. Nick Pomonis, M.D., et al.