UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

September 2, 2003

U. S. District Court of Minnesota
300 S. Fourth St Room 202
Minneapolis, MN 55415

    Re:    Martino M. Almogela, et al vs. Bayer Corporation, et al
           Civil Action No.: JFM-03-514
           Criminal Action No.:

Dear Clerk:

[ X ] On 08/18/03, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                                        Sincerely,

                                        Felicia C. Cannon, Clerk

                      By:    Janet Buker
                            Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____            Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov