# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk            September 2, 2003            Reply to Northern Division Address

U. S. District Court of Minnesota
300 S. Fourth St Room 202
Minneapolis, MN 55415

**RECEIVED BY MAIL**
**SEP 05 2003**
**CLERK US DIST COURT**
**MINNEAPOLIS MN**

Re: Martino M. Almogela, et al vs. Bayer Corporation, et al
Civil Action No.: JFM-03-514
Criminal Action No.:

Dear Clerk

[ X ] On 08/18/03, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries.

[ ] On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ] Consent of the Defendant and approval of the United States Attorney having been received this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By    Janet Buker
Deputy Clerk

Enclosure

Received by: A R Berg
Date: 9/5/03
New Case No.: 03 — 5091

Letter Transferring Case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 9/5<br>C. Signature<br>X _Jackie Uehl_  ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. DISTRICT COURT<br>OF MINNESOTA<br>300 S. FOURTH STREET<br>ROOM 202<br>MINNEAPOLIS, MN 55415 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label) | 7001 1940 0006 7801 4297 |

PS Form 3811, July 1999    Domestic Return Receipt    102595

UNITED STATES POSTAL SERVICE    FILED / ENTERED / RECEIVED    SEP 2003

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK'S OFFICE
DISTRICT OF MARYLAND
BY _____ DEPUTY

Clerk, U.S. District Court
for the Distict of Maryland
101 West Lombard St., Rm. 4415
Baltimore, MD 21201

JFM-03-514